## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Roy J. Watson, et.al.
    Plaintiffs

        V.

JPMorgan Chase Bank, N.A
    Defendant

CIVIL ACTION

NO. 1:15-cv-12893-PBS

## SETTLEMENT ORDER OF DISMISSAL

SARIS, Chief Judge

The Court having been advised on April 21, 2016, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 90 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

April 21, 2016                                        /s/ C. Geraldino-Karasek

    Date                                                Deputy Clerk